## No. 5.

**GALLUP** *against* **BURNELL.** *Windsor,* 1817.

WHERE there are mutual and divers covenants between the parties, and to be performed alternately, or at different times, they are considered independent and the plaintiff need not alledge performance on his part; not so, if all the plaintiff's covenants were to have been performed, prior to the performance by defendant.

## No. 6.

**TUCKER** *against* **STARKS AND BELL.** *Franklin,* 1818.

A motion to dismiss, made by a tenant, for not joining his landlord in an action of ejectment against him (the tenant) cannot be made, except according to the rules of pleading in abatement.